**Fill in this information to identify the case:**

Debtor __Nieberg Midwood Chapel Inc__

United States Bankruptcy Court for the: __Eastern__ District of __NY__
(State)

Case number __1-16-40028 (ESS)__
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on **Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B) and on **Schedule G: Executory Contracts and Unexpired Leases** (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>NYC Department of Finance<br>P.O. Box 680<br>Newark, NJ 07101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 86,037.63 | $ 86,037.63 |
| Date or dates debt was incurred | **Basis for the claim:**<br>Real Estate Taxes |  |  |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset?<br>☐ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |
| Date or dates debt was incurred | **Basis for the claim:** |  |  |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset?<br>☐ No<br>☐ Yes |  |  |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |
| Date or dates debt was incurred | **Basis for the claim:** |  |  |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset?<br>☐ No<br>☐ Yes |  |  |

Debtor _____     Case number (if known)_____
        Name

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.__**    **Priority creditor's name and mailing address**    Total claim $_____    Priority amount $_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____
_____

**Date or dates debt was incurred**    **Basis for the claim:**

_____    _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.__**    **Priority creditor's name and mailing address**    $_____    $_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____
_____

**Date or dates debt was incurred**    **Basis for the claim:**

_____    _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.__**    **Priority creditor's name and mailing address**    $_____    $_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____
_____

**Date or dates debt was incurred**    **Basis for the claim:**

_____    _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.__**    **Priority creditor's name and mailing address**    $_____    $_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____
_____

**Date or dates debt was incurred**    **Basis for the claim:**

_____    _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

Debtor _____     Case number (if known) _____
                    Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | **Nonpriority creditor's name and mailing address**

Chase Bank

P.O. Box 35620

Louisville, KY 40233-6520

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Line

**Date or dates debt was incurred**

**Last 4 digits of account number**    1  8  0  0

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 100,252.00

---

**3.2** | **Nonpriority creditor's name and mailing address**

Local 1034 Pension Fund

45-18 Court Square

Long Island City, NY 11101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Union fees

**Date or dates debt was incurred**    February, 2015

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 377,484.00

---

**3.3** | **Nonpriority creditor's name and mailing address**

J&R MFG Inc.

50-15 38th St
Long Island City, NY 11101

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Caskets/Supplies

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 15,301.00

---

**3.4** | **Nonpriority creditor's name and mailing address**

Sprung Monuments

1060 Route 108

Lindenhurst, NY 11787

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Headstones

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 6,000.00

---

**3.5** | **Nonpriority creditor's name and mailing address**

Klein Monument

1640 Coney Island Ave
Brooklyn, NY 11230

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Headstones

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 43,000.00

---

**3.6** | **Nonpriority creditor's name and mailing address**

American Express

P.O. Box 650448
Dallas, TX 75265-0448

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Bills for Business Expenses

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    92002 __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 2,081.00

---

| Debtor | | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address

American Express

P.O. Box 650448

Dallas, TX 75265-0448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Credit Bills for Business Expenses

$ 8,447.37

Date or dates debt was incurred

Last 4 digits of account number     6 9 0 0 0 __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Floral Park Cemetery

104 Deans Rhode Hall Road

Monmouth Junction, NJ 08852

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Gravesites/Headstones

$ 7,000

Date or dates debt was incurred     2012

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Stein, Devisser & Mintz, P.C.

29 West 38th St., 14th Fl

New York, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounting Services

$ 23,123.00

Date or dates debt was incurred     2014

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Rose Solomon

63 Flushing Ave

Brooklyn, NY 11205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shrouds/Supplies

$ 1,182.50

Date or dates debt was incurred     December 9, 2015

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Joe Morea & Sons Inc.

P.O. Box 690

Wantagh, NY 11793

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Private Sanitation Services

$ 1,094.19

Date or dates debt was incurred     __ __ __ __

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _____    Case number (if known) _____
        Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                     Amount of claim

**3.1** Nonpriority creditor's name and mailing address

Bitochon Technologies LLC

20 President Street

Staten Island, NY 10314

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Website/Marketing

$ 2,110.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

Whitmore Group

370 Old Country Road, Suite 200

Garden city, NY 11530

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Insurance

$ 6,000.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

George H. Kranz Inc

4301 Ditmars Blvd

Astoria, NY 11105

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Livery Service

$ 2,702.98

Date or dates debt was incurred December 2015

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _____    Case number (if known) _____
                    Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
    assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____     Case number (if known) _____
              Name

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.___ _____
_____
_____

Line ____
☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____
_____

Line ____
☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____
_____

Line ____
☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____
_____

Line ____
☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____
_____

Line ____
☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____
_____

Line ____
☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____
_____

Line ____
☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____
_____

Line ____
☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____
_____

Line ____
☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____
_____

Line ____
☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____
_____

Line ____
☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____
_____

Line ____
☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____
_____

Line ____
☐  Not listed. Explain _____
_____

___ ___ ___ ___

4.___ _____
_____
_____

Line ____
☐  Not listed. Explain _____
_____

___ ___ ___ ___

Debtor _____    Case number *(if known)* _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.  Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a.  **Total claims from Part 1**          5a.   $ 86,037.63

5b.  **Total claims from Part 2**          5b.  **+**  $ 595,778.05

5c.  **Total of Parts 1 and 2**            5c.   $ 681,915.67
      Lines 5a + 5b = 5c.