**Fill in this information to identify the case:**

Debtor name: Nieberg Midwood Chapel Inc

United States Bankruptcy Court for the: Eastern District of NY (State)

Case number (If known): 1-16-40028 (ESS)    Chapter 11

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Chrysler Town & Country<br>2015, 2C4RC1CG8FR56230<br><br>25 | Chrysler Capital<br>P.O. Box 660647<br>Dallas, Texas 75266 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Acura MDK<br>2015, 5J8TB4H35FL026552<br><br>26 | Acura Financial Service<br>P.O. Box 7829<br>Philadelphia, PA 19101 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Dodge Cara<br>2010<br><br>1 | Ally Payment Processing Center<br>P.O. Box 78234<br>Phoenix, AZ 85062 |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |

Debtor _____     Case number (*if known*)_____
        Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.__  **State what the contract or lease is for and the nature of the debtor's interest**  _____  _____

    **State the term remaining**  _____

    **List the contract number of any government contract**  _____

2.__  **State what the contract or lease is for and the nature of the debtor's interest**  _____  _____

    **State the term remaining**  _____

    **List the contract number of any government contract**  _____

2.__  **State what the contract or lease is for and the nature of the debtor's interest**  _____  _____

    **State the term remaining**  _____

    **List the contract number of any government contract**  _____

2.__  **State what the contract or lease is for and the nature of the debtor's interest**  _____  _____

    **State the term remaining**  _____

    **List the contract number of any government contract**  _____

2.__  **State what the contract or lease is for and the nature of the debtor's interest**  _____  _____

    **State the term remaining**  _____

    **List the contract number of any government contract**  _____

2.__  **State what the contract or lease is for and the nature of the debtor's interest**  _____  _____

    **State the term remaining**  _____

    **List the contract number of any government contract**  _____

2.__  **State what the contract or lease is for and the nature of the debtor's interest**  _____  _____

    **State the term remaining**  _____

    **List the contract number of any government contract**  _____